1  BARRY J. PORTMAN
   VARELL L. FULLER
2  Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
3  San Jose, CA  95113
   Telephone: (408) 291-7753
4
   Counsel for Defendant WINSKOWSKI
5

**FILED**

NOV 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00143-DLJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENSE MOTION FOR RECONSIDERATION OF BOND |
| vs. | |
| JUVINNA WINSKOWSKI, | |
| Defendants. | Hon. Howard. R. Lloyd |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and jointly request that the hearing date currently set in this matter for Thursday December 1, 2011, at 1:30 p.m., be continued to Wednesday, December 14, 2011, at 1:30 p.m.

Counsel for Ms. Winskowski previously requested this matter be placed on calendar on December 1, 2011, for a hearing on a defense motion to reopen the detention hearing based on changed circumstances, and set conditions releasing the defendant to a residential drug treatment facility. Defense counsel requires additional time to prepare and submit arguments in support of the defense motion for reconsideration of bond, and therefore respectfully request a continuance of the hearing date to December 14, 2011, at 1:30 p.m.

Stipulation and [Proposed] Order Continuing
Detention Hearing, CR 11-00143-DLJ            1

1   Accordingly, the parties therefore respectfully request that the Court continue the hearing
2   date previously set on December 1, 2011, at 1:30 a.m. to December 14, 2011, at 1:30 p.m.

3   Dated: November 17, 2011

4   　　　　　　　　　/s/
    VARELL L. FULLER
5   Assistant Federal Public Defender

6   Dated: November 17, 2011

7
    　　　　　　　　　/s/
8   ALLISON MARSTON DANNER
    Assistant United States Attorney
9

10

11                         [PROPOSED] ORDER

12   Good cause appearing and by stipulation of the parties, it is hereby ORDERED that the
13   hearing on the defense motion for reconsideration of bond previously set for Thursday,
14   December 1, 2011, is continued to Wednesday, December 14, 2011, at 1:30 p.m.

15   IT IS SO ORDERED.

16   Dated: November 23, 2011

17                          _____
                            THE HON. HOWARD R. LLOYD
18                          United States Magistrate Judge

Stipulation and [Proposed] Order Continuing
Detention Hearing, CR 11-00143-DLJ                2